Concur — McGivern, J. P., Nunez, McNally and Tilzer, JJ.

ROSE D'ORAZIO, Respondent, v. ANGELA CROCE, Appellant, and UNITED STATES LIFE INSURANCE COMPANY, Respondent.—

Concur — Stevens, P. J., Nunez, Steuer and Tilzer, JJ.

C. R. NESS CO., INC., Respondent, v. EXECUTIVE LIFE INSURANCE COMPANY OF NEW YORK, Appellant.—

Concur — Stevens, P. J., Eager, Markewich, Nunez and McNally, JJ.

C. R. NESS CO., INC., Respondent, v. EXECUTIVE LIFE INSURANCE COMPANY OF NEW YORK, Appellant.—